**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-112 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| KIAOMEE D. OWENS | ) | Magistrate Judge Dumitru |

# ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of Count One; (4) defer a decision on whether to accept the plea agreement [Doc. 17] and plea agreement addendum [Doc. 36] (collectively, the "Plea Agreement") until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. [Doc. 43]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 43] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One;
4. A decision on whether to accept the Plea Agreement is **DEFERRED** until sentencing; and
5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **September 17, 2026, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

_*/s/ Charles E. Atchley, Jr.*_

**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**